## THIRTY DAY NOTICE AND DEMAND
(Pursuant to Sec. 9-102 *et seq.* of the Illinois Code of Civil Procedure)

DATE: December 3, 2012

Janice McCarter and All Unknown Occupants
6033 North Sheridan Road, #33A
Chicago, IL 60660

SUBJECT  Malibu East Condominium
OUR FILE # CMA51-61049-JRW

THIS IS YOUR NOTICE THAT AS OF December 1, 2012 you are in default of your obligation due to the Malibu East Condominium the sum of $14,649.93 for your proportionate share of the expenses of administration, maintenance and repair of the common elements/areas and other expenses lawfully agreed upon due and owing for the period June 1, 2011 to December 1, 2012 as well as the sum of $231.90 in legal fees and costs in attempting to collect this account, **for a total sum of $14,881.83.** The premises are situated in the City of Chicago, County of Cook, IL and are commonly known as:

6033 North Sheridan Road, #33A, Chicago, Illinois 60660

In order to bring your account current, you must submit the amount of $14,881.83 in certified funds (cashier's check or money order). This amount may increase after today with the levy of future assessments, late fees, attorneys' fees and costs of collection, all of which must be satisfied in addition to the foregoing. Should you not choose to pay any of these charges, including the legal fees, they must be adjudicated in a court of law in accordance with 765 ILCS 605/9(g)(1) and/or 735 ILCS 5/9-111

THIS IS YOUR NOTICE THAT PAYMENT IN FULL OF THE AMOUNT STATED ABOVE IS DEMANDED OF YOU, AND THAT UNLESS YOUR PAYMENT OF THE FULL AMOUNT IS MADE IN CERTIFIED FUNDS (CASHIER'S CHECK OR MONEY ORDER) ON OR BEFORE THE EXPIRATION OF THIRTY (30) DAYS AFTER THE DATE OF MAILING OF THIS NOTICE, THE ASSOCIATION MAY COMMENCE AN ACTION AGAINST YOU UNDER ARTICLE IX OF THE ILLINOIS CODE OF CIVIL PROCEDURE GOVERNING FORCIBLE ENTRY AND DETAINER SEEKING AN ORDER OF POSSESSION OF THE PREMISES AND WHICH MAY RESULT IN A MONETARY JUDGMENT BEING ENTERED AGAINST YOU. PAYMENT IN THE FULL AMOUNT NOTED SHOULD BE MADE PAYABLE TO THE ASSOCIATION AND SENT TO THE LAW FIRM OF KOVITZ SHIFRIN NESBIT, 750 WEST LAKE COOK ROAD, SUITE 350A, BUFFALO GROVE, IL 60089-2073. PAYMENTS MAY BE MAILED OR ACCEPTED IN PERSON 9:00 AM TO 5:00 P.M., MONDAY THROUGH FRIDAY. PLEASE REFERENCE OUR FILE# ON YOUR PAYMENT. ONLY FULL PAYMENT OF ALL AMOUNTS DEMANDED IN THIS NOTICE WILL INVALIDATE THE DEMAND, UNLESS THE PERSON CLAIMING POSSESSION, OR HIS OR HER AGENT OR ATTORNEY, AGREES IN WRITING TO WITHDRAW THE DEMAND IN EXCHANGE FOR RECEIVING PARTIAL PAYMENT.

FEDERAL LAW GIVES YOU THIRTY DAYS AFTER YOU RECEIVE THIS LETTER TO DISPUTE THE VALIDITY OF THE DEBT OR ANY PART OF IT. IF YOU DON'T DISPUTE IT WITHIN THAT PERIOD, I'LL ASSUME THAT IT'S VALID. IF YOU DO DISPUTE IT BY NOTIFYING ME IN WRITING TO THAT EFFECT I WILL, AS REQUIRED BY LAW, OBTAIN AND MAIL TO YOU PROOF OF THE DEBT. AND IF, WITHIN THE SAME PERIOD, YOU REQUEST IN WRITING THE NAME AND ADDRESS OF YOUR ORIGINAL CREDITOR, IF THE ORIGINAL CREDITOR IS DIFFERENT FROM THE CURRENT CREDITOR, I WILL FURNISH YOU WITH THAT INFORMATION TOO. IF YOU REQUEST PROOF OF THE DEBT OR THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR WITHIN THE THIRTY-DAY PERIOD THAT BEGINS WITH YOUR RECEIPT OF THIS DEMAND, THE LAW REQUIRES ME TO SUSPEND MY EFFORTS (THROUGH LITIGATION OR OTHERWISE) TO COLLECT THE DEBT UNTIL I MAIL THE REQUESTED INFORMATION TO YOU. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

> THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT AND ANY
> INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

**EXHIBIT A**

## DEMAND FOR POSSESSION

SUBJECT TO THE TERMS AND PROVISIONS OF THE FOREGOING THIRTY DAY NOTICE AND DEMAND, AND THE ILLINOIS CODE OF CIVIL PROCEDURE, 735 ILCS 5/9-101, et seq., THE ASSOCIATION HEREBY DEMANDS POSSESSION OF THE FOLLOWING DESCRIBED PREMISES AT:

6033 North Sheridan Road, #33A, Chicago, Illinois 60660

The Board of Managers of Malibu East Condominium

By: *Neha Parikh*
Its Attorney

## CERTIFICATE OF MAILING

The undersigned, being first duly sworn upon oath, deposes and says that he/she served a copy of the foregoing Thirty Day Notice and Demand and Demand for Possession by enclosing the same in an envelope addressed to the above noted party at the address above, and deposited same in the U.S. Mail at Buffalo Grove, Illinois, certified mail, return receipt requested and a copy by regular mail, before 5:30 p.m. on the date above, with proper postage.

*E. Debova*

SUBSCRIBED and SWORN to before me
on December 3, 2012.

*Jessica A. Vazquez*
Notary Public

JESSICA A VAZQUEZ
MY COMMISSION EXPIRES
DECEMBER 14, 2015

cc: Regular Mail

Kovitz Shifrin Nesbit
750 West Lake Cook Road
Suite 350
Buffalo Grove, Illinois 60089
T 847-537-0500
F 847-537-0550

> THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

If you need to contact this office to discuss this matter, you may email Jacky R. Mariscal at JRW@ksnlaw.com, call 847.537.0983 or fax to 847.537.9311.