```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION

JANICE McCARTER, on behalf of    )
herself and all others           )
similarly situated,              )
                                 )
              Plaintiff,         )
                                 )
     vs.                         )   No. 13 C 3909
                                 )
KOVITZ SHIFRIN NESBIT, P.C.,     )   Chicago, Illinois
                                 )   July 10, 2013
              Defendant.         )   12:00 o'clock p.m.
```

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JOHN F. GRADY

APPEARANCES:

For the Plaintiff:    KMD LAW OFFICE
                      BY:  MR. KENNETH M. DucDUONG
                      35 East Wacker Drive
                      9th Floor
                      Chicago, Illinois  60601
                      (312) 854-7006


For the Defendant:    KOVITZ SHIFRIN NESBIT, P.C.
                      BY:  MS. DIANE J. SILVERBERG
                      750 Lake Cook Road
                      Suite 350
                      Buffalo Grove, Illinois  60089
                      (847) 537-0500




              COLLEEN M. CONWAY, CSR, RMR, CRR
                    Official Court Reporter
          219 South Dearborn Street, Room 2144-A
                    Chicago, Illinois  60604
                        (312) 435-5594
                *colleen_conway@ilnd.uscourts.gov*

```
 1            (Proceedings heard in open court:)
 2            THE CLERK:  13 C 3909, McCarter versus Kovitz Shifrin
 3  Nesbit.
 4            THE COURT:  Good morning.
 5            MS. SILVERBERG:  Good morning, Your Honor.
 6            MR. DucDUONG:  Good morning, Your Honor.
 7            MS. SILVERBERG:  Diane Silverberg on behalf of the
 8  defendant.
 9            MR. DucDUONG:  Kenneth DucDuong, D-u-c-D-u-o-n-g, on
10  behalf of plaintiff.
11            THE COURT:  The plaintiff has filed a response, so I
12  guess we need a reply from the defendant.  How long do you
13  want?
14            MS. SILVERBERG:  Yes, Your Honor.  I think I can have
15  that reply on file within a week.
16            THE COURT:  You can have longer if you want.
17            MS. SILVERBERG:  I have a trial upcoming in August,
18  so it's best that I get it out of the way, so --
19            THE COURT:  Fine.  Okay.
20            THE CLERK:  Okay.
21            THE COURT:  The --
22            MS. SILVERBERG:  Well, Your Honor, if I may, two
23  weeks would be great.
24            THE COURT:  Sure.
25            MS. SILVERBERG:  Thank you.
```

1         THE COURT: The defendant may file a reply --

2         THE CLERK: July 24th.

3         THE COURT: -- in support of its motion to dismiss by July 24.

5         MS. SILVERBERG: Very good.

6         THE COURT: Okay?

7         MS. SILVERBERG: Thank you, Judge.

8         MR. DucDUONG: Thank you, Your Honor.

9    (Pause.)

10        MS. SILVERBERG: Your Honor, may we step back up for a moment?

12        THE COURT: Sure.

13        MS. SILVERBERG: I haven't had a chance to discuss this with counsel.

15        We were served with discovery requests on June 21st, I believe, in this matter, and I was wondering -- and, again, I had not discussed this with counsel -- if we could have those held in abeyance until the motions to dismiss and for summary judgment are resolved.

20        In support of that, I would note that counsel, in his response to the motion to dismiss, urges that his response be converted to a motion for summary judgment. Putting aside whether that's proper or not, I think that suggests that the discovery isn't even required.

25        So I would just ask that during the pendency of the

1 motions, that I think they will be resolved quickly, we can
2 just set the discovery aside.
3       MR. DucDUONG: I don't have an objection to that,
4 Your Honor.
5       THE COURT: All right. Okay. Discovery is stayed
6 until the motion to dismiss has been resolved.
7       MS. SILVERBERG: And there is also, Your Honor, a
8 motion for partial summary judgment, but I understand you to be
9 referring to both of them.
10      THE COURT: The pending motions -- no. Discovery is
11 stayed until disposition of the pending motions.
12      MS. SILVERBERG: Very good. Thank you, Judge.
13      MR. DucDUONG: Thank you, Your Honor.
14   (Proceedings concluded.)
15
16
17
18
19
20
21
22
23
24
25

C E R T I F I C A T E

            I, Colleen M. Conway, do hereby certify that the
foregoing is a complete, true, and accurate transcript of the
proceedings had in the above-entitled case before the
HONORABLE JOHN F. GRADY, one of the Judges of said Court, at
Chicago, Illinois, on July 10, 2013.


            */s/ Colleen M. Conway, CSR,RMR,CRR*        *01/22/14*
                    Official Court Reporter                Date
                   United States District Court
                   Northern District of Illinois
                          Eastern Division

**Colleen M. Conway, Official Court Reporter**