UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Janice McCarter

                          Plaintiff,

v.                                                Case No.: 1:13–cv–03909
                                                       Honorable Michael T. Mason

Kovitz Shifrin Nesbit, P.C.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 17, 2016:

      MINUTE entry before the Honorable Michael T. Mason:Status hearing held. The parties are to submit their motion for preliminary approval of class settlement agreement by 04/7/16. Hearing on motion for preliminary approval is set for 05/05/16 at 9:30 am. As stated on the record, plaintiff's motion for partial summary judgment [140], plaintiff's motion to strike and for sanctions [151] and defendant's motion to defer consideration of summary judgment [154] are withdrawn as moot without prejudice. Motion for class preliminary approval order [172] is stricken as it is duplicative of docket entry number 173. Plaintiff's motion for leave to file previously filed supplemental motion [182] is granted. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.