IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JANICE MCCARTER, on behalf of herself and all others similarly situated,<br>　　　　Plaintiff,<br><br>　　v.<br><br>KOVITZ SHIFRIN NESBIT, an Illinois professional corporation,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:13-CV-3909<br><br>Magistrate Judge Michael T. Mason<br>(Consent filed in all cases) |
| KRYSTYNA SCEHURA, on behalf of herself and all others similarly situated,<br>　　　　Plaintiff,<br><br>　　v.<br><br>KOVITZ SHIFRIN NESBIT, an Illinois professional corporation,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:14-CV-8838 |
| AMY LILL and CHRISTOPHER WOJDELKO, on behalf of themselves and all others similarly situated,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>KOVITZ SHIFRIN NESBIT, an Illinois professional corporation,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:14-CV-2647 |
| MICHAEL WOOD and ALEXANDRIA STOCKMAN,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>KOVITZ SHIFRIN NESBIT, an Illinois professional corporation, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:14-CV-10014 |

1

|  |  |  |
|---|---|---|
| Defendant. | ) | |
| | ) | |
| | ) | |
| DUDLEY LOCKE, | ) | Case No.: 1:15-CV-6496 |
|       Plaintiff, | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| KOVITZ SHIFRIN NESBIT, an Illinois | ) | |
| professional corporation, | ) | |
|       Defendant. | ) | |
| | ) | |
| This document relates to all cases | ) | |

### JOINT SUPPLEMENTAL STATEMENT
### FOR FINAL APPROVAL OF CLASS SETTLEMENT

Plaintiffs, Janice McCarter ("McCarter"), Krystyna Scehura ("Scehura"), Amy Lill ("Lill"), and Christopher Wojdelko ("Wojdelko"), and defendant, Kovitz Shifrin Nesbit, P.C. ("KSN") hereby submit their Supplemental Statement to update the Court on the administration of the Class Settlement Agreement.

    1.    There are a total of nine members seeking exclusions: (a) Abed Aladarbeh, (b) Andrea Jamison, (c) Chicago Title Land Trust Company as Successor Trustee of LaSalle Bank N.A., (d) Lorraine J. McWilliams, (e) Paula B. St. John, (f) Scott St. John, (g) Sherry Wright, (h) Susan B. Homeier, and (i) William Vazquez.

    2.    There are no objections to the class settlement.

    3.    The Settlement Administrator received 1,842 valid claims postmarked before the claims deadline of December 5, 2016.

    4.    The Settlement Administrator received another 1,278 claims from persons whose names or addresses did not match any names or addresses on the settlement class list. The Settlement Administrator, then, mailed a follow-up letter to these persons and received responses

from certain of these persons. From the additional information supplied by these respondents, the Settlement Administration matched 12 of these respondents to the names or Illinois property addresses on the settlement class list.

5. As of the date of this Supplemental Statement, the Settlement Administrator has received 18 claims after the claims deadline of December 5, 2016, but before the date of the final approval hearing.

6. If this Court allows the late claims (post marked after December 5, 2016), then there are a total of 1,872 valid claims (1,842 plus 12 plus 18). A pro rata share (if the Settlement Administrator does not receive more late claims before next week's final approval hearing) would be $80.12 ($150,000 divided by 1,872).

Respectfully submitted,

**JANICE MCCARTER,**
**KRYSTYNA SCEHURA,**
Plaintiffs

By: /s/ Kenneth M. DucDuong
      One of Their Attorneys

By: /s/ Mark T. Lavery
      One of Their Attorneys

**AMY LILL, CHRISTOPHER WOJDELKO,** Plaintiffs

By: /s/ Mario K. Kasalo
      One of Their Attorneys

**KOVITZ SHIFRIN NESBIT**,
**A Professional Corporation,**
Defendant

By: /s/ Jonathan N. Ledsky
      One of Its Attorneys

Kenneth M. DucDuong
KMD LAW OFFICE
4001 W. Devon Ave., Suite 332
Chicago, IL 60646
Telephone: (312) 997-5959
Facsimile: (312) 219-8404

Mark Lavery
HYSLIP & TAYLOR, LLC LPA
1100 W. Cermak, Suite B410
Chicago, IL 60608
Telephone: (312) 508-5480

M. Kris Kasalo
THE LAW OFFICE OF M. KRIS KASALO, LTD.
20 North Clark Street, Suite 3100
Chicago, IL 60602
Telephone: (312) 726-6160
Facsimile: (312) 698-5054

Jonathan N. Ledsky
Scott J. Helfand
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, Illinois 60606
Telephone: (312) 655-1500
Facsimile: (312) 655-1501